# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                         NO. 2020 KW 1257

VERSUS

DONDRELL NIGEL MARQUIS GORDON                  **DECEMBER 14, 2020**

---

In Re:     State of Louisiana, applying for supervisory writs,
           22nd Judicial District Court, Parish of St. Tammany,
           No. 587,822.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              **JEW**
                              **WRC**


   **Whipple, C.J.,** concurs and would deny the writ application
on the showing made.


COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT